**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 24-20242-CIV-ALTMAN

CHANEL, INC.,

          Plaintiff,

vs.

SWEETBLUEBAG, *et al.*

          Defendants.

_____

## PROOF OF SERVICE

      Plaintiff, Chanel, Inc., by and through its undersigned counsel, hereby files the attached

Affidavits of Service.

Dated:  February 6, 2024            Respectfully submitted,

                                    STEPHEN M. GAFFIGAN, P.A.

                                    By:   s:/*Stephen M. Gaffigan* /_____
                                    Stephen M. Gaffigan (Fla. Bar No. 025844)
                                    Virgilio Gigante (Fla. Bar No. 082635)
                                    T. Raquel Wiborg-Rodriguez (Fla. Bar No. 103372)
                                    Christine Ann Daley (Fla. Bar No. 98482)
                                    Mallory Ruth Denzl (Fla. Bar No. 1050351)
                                    401 East Las Olas Blvd., Suite 130-453
                                    Ft. Lauderdale, Florida 33301
                                    Telephone: (954) 767-4819
                                    E-mail: Stephen@smgpa.cloud
                                    E-mail: Leo@smgpa.cloud
                                    E-mail: Raquel@smgpa.cloud
                                    E-mail: Christine@smgpa.cloud
                                    E-mail: MalloryR@smgpa.cloud

                                    *Attorneys for Plaintiff*