UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-20242-CIV-ALTMAN

CHANEL, INC.,

    Plaintiff,

vs.

SWEETBLUEBAG, *et al.*

    Defendants.

## AFFIDAVIT OF SERVICE

I certify and declare that I am over the age of 18 years, employed in the County of Maricopa, and not a party to the above-entitled cause. I am an officer of Invisible, Inc., a licensed private investigative firm.

On February 2, 2024, I served a true and accurate copy of the following documents entitled:

1. Complaint

2. Civil Cover Sheet

3. Issued Summonses

4. Amended Complaint

5. *Ex Parte* Motion for Order Authorizing Alternate Service of Process on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3)

6. Declaration of Stephen M. Gaffigan in Support of *Ex Parte* Motion for Order Authorizing Alternate Service of Process on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3)

7. Order Authorizing Alternate Service of Process

for the following civil action:

CHANEL, INC. vs. SWEETBLUEBAG, *et al.*

on Defendants identified on Schedule "A" via Defendant's corresponding email address, customer service e-mail addresses or via onsite contact forms by providing the URL address to the server page where these documents reside. Additionally, I notified Defendants that all documents filed in the case can be found posted on the website located at http://servingnotice.com/ch4Rl3t/index.html .

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 6, 2024, at Scottsdale, Arizona.

_____
Kathleen Burns

## SCHEDULE "A"

| Defendant Number | Defendant / E-commerce Store Name |
|---|---|
| 1 | sweetbluebag<br>aka Aria |
| 2 | wangwuyou990<br>aka y h |
| 3 | yoyo_eva989<br>aka Puspandar Kumar |
| 4 | yuhuhuque<br>aka yu hu<br>aka yuhu |
| 5 | Jimi<br>aka jimi911119<br>aka 黄锦煌<br>aka 68jp |
| 6 | pickyougoods<br>aka Josie<br>aka macc.ygshoes188.com |
| 7 | shaina.berdy<br>aka Shaina Berdy<br>aka Nathan |
| 8 | sonia_yiki.Luxury<br>aka coria_326<br>aka Coria |
| 9 | sukibb2022<br>aka suki<br>aka lux-suki |
| 10 | theworldbestbags<br>aka Designer bags| Cinderella ® bags<br>aka HS |
| 11 | tntlux_prower<br>aka Alice Jones<br>aka Erica |
| 12 | wuhuaguo1239<br>aka Linda |
| 13 | xiang13869<br>aka Deng<br>aka Xiang |
| 14 | xunquanliang<br>aka Hermes Buy/China suppliers<br>aka zhou |
| 15 | yonder_1234<br>aka Adela |

3

| Defendant Number | Defendant / E-commerce Store Name |
|---|---|
| 16 | yurribaglover_<br>aka Yurii |
| 17 | yyz__04 |
| 18 | Alice<br>aka Bao<br>aka mbags.ygshoes188.com |
| 19 | Chinese goods<br>aka Mong to Vu dep364053<br>aka macc.ygshoes188.com |
| 20 | Elyse [Seller from China<br>aka Gikey<br>aka macc.ygshoes188.com |
| 21 | Joliya2<br>aka Showec<br>aka m.ygshoes188.com |
| 22 | Linda<br>aka Nbvcxgjh |
| 23 | Luxury<br>aka Wall Berry |
| 24 | luxury store<br>aka 001<br>aka macc.ygshoes188.com |
| 25 | luxurygoods1 |
| 26 | Meini<br>aka Halil Tanik<br>aka macc.ygshoes188.com |
| 27 | Rich Company<br>aka macc.ygshoes188.com |
| 28 | Ruochu<br>aka Retail case and bag<br>aka macc.ygshoes188.com |
| 29 | Susie<br>aka Duosun |
| 30 | xiaoyu<br>aka Fengk<br>aka m.ygshoes188.com |
| 31 | Yulia<br>aka Macbushbuckridge |
| 32 | +86 185 0500 6010<br>aka 小云酱<br>aka Reanfang04 |
| 33 | +852 5643 6792<br>aka Lili |

| Defendant Number | Defendant / E-commerce Store Name |
|---|---|
| | aka 351164 |
| 34 | 7A/9A<br>aka luxury999designer |
| 35 | Anna<br>aka 351164 |
| 36 | clothing<br>aka vipshopbrand |
| 37 | Colortfully<br>aka luxury-bags-shoes |
| 38 | Factory direct sales 1: 1 top quality<br>aka 2022bagsbags |
| 39 | gfjdkgf<br>aka jiangmin197933 |
| 40 | Good wishes<br>aka chenxiao5230 |
| 41 | Guangzhou National Clothing<br>aka topbelt |
| 42 | LILY<br>aka newcopybrand |
| 43 | Luxury suppliers<br>aka X |
| 44 | Ma<br>aka 3595247837 |
| 45 | Madison<br>aka baiyangpu |
| 46 | Shenzhen Yunge Clothing Co., Ltd.<br>aka jewelrygz |
| 47 | Sofia<br>aka luxury-bags-shoes |
| 48 | Walter<br>aka wlupc668 |
| 49 | Wendy<br>aka jw0099 |
| 50 | wholesaler<br>aka shijuemaoyi888 |
| 51 | wordrui<br>aka hzl1234566 |
| 52 | Xiaoqing Luxury Goods Supplier<br>aka jw0099 |
| 53 | Yf<br>aka 1727113167 |
| 54 | YG<br>aka yyy1234567888 |

| Defendant Number | Defendant / E-commerce Store Name |
|---|---|
| 55 | +86 130 5576 8027 |
| 56 | +86 135 9938 6836<br>aka macc.ygshoes188.com |
| 57 | +86 158 0509 3576 |
| 58 | +86 181 2676 9287 |
| 59 | +8616755545189 |
| 60 | aimei4889<br>aka mshoes.ygshoes188.com |
| 61 | Alike<br>aka macc.ygshoes188.com |
| 62 | Ava<br>aka macc.ygshoes188.com |
| 63 | Baoli<br>aka macc.ygshoes188.com |
| 64 | Bari<br>aka mbags.ygshoes188.com |
| 65 | branty<br>aka macc.ygshoes188.com |
| 66 | Can Liang<br>aka m.ygshoes188.com |
| 67 | Cherry<br>aka macc.ygshoes188.com |
| 68 | Coco<br>aka macc.ygshoes188.com |
| 69 | Dany<br>aka macc.ygshoes188.com |
| 70 | Dh0005<br>aka macc.ygshoes188.com |
| 71 | fine works<br>aka macc.ygshoes188.com |
| 72 | Harry James<br>aka macc.ygshoes188.com |
| 73 | Hayley<br>aka mbags.ygshoes188.com |
| 74 | Instagram To_luxury1125<br>aka Cix<br>aka acc.ygshoes188.com |
| 75 | Instagram Williamkingikvplsdbyz |
| 76 | Jerry |
| 77 | Jieink |
| 78 | Joe |
| 79 | Joes Sports<br>aka macc.ygshoes188.com |

| Defendant Number | Defendant / E-commerce Store Name |
|---|---|
| 80 | K.2Workshop |
| 81 | kamikaze aka macc.ygshoes188.com |
| 82 | Kermit Factory aka macc.ygshoes188.com |
| 83 | kitty |
| 84 | Li-fang aka macc.ygshoes188.com |
| 85 | Lily aka macc.ygshoes188.com |
| 86 | Lina aka macc.ygshoes188.com |
| 87 | Linda |
| 88 | Linda |
| 89 | Lisa |
| 90 | Lisa aka acc.ygshoes188.com |
| 91 | lsla |
| 92 | lulu aka macc.ygshoes188.com |
| 93 | luna aka mbags.ygshoes188.com |
| 94 | Luuna aka mbags.ygshoes188.com |
| 95 | luxury goods |
| 96 | Luxury store 01 |
| 97 | Luxury suppliers |
| 98 | Maxine |
| 99 | Mg |
| 100 | Miya |
| 101 | Mollie |
| 102 | Mr.zhang |
| 103 | Ni Riya |
| 104 | NOOB |
| 105 | outlet071 |
| 106 | Rose aka macc.ygshoes188.com |
| 107 | sneakertest_Ruike aka macc.ygshoes188.com |
| 108 | Snow aka mbags.ygshoes188.com |
| 109 | sunkishine aka m.ygshoes188.com |

| Defendant Number | Defendant / E-commerce Store Name |
|---|---|
| 110 | Super Bonnie |
| 111 | Support @samebags.com |
| 112 | Tao |
| 113 | Tfyp_Linda |
| 114 | Tina Deluxe<br>aka macc.ygshoes188.com |
| 115 | Topmall Vips<br>aka tmallbuy.com.co |
| 116 | Vivian<br>aka mbags.ygshoes188.com |
| 117 | Wholesale market Wholesaler in China |
| 118 | Xia |
| 119 | Xospjs |
| 120 | yong |
| 121 | Yuki |
| 122 | zhu |
| 123 | Ziling556<br>aka macc.ygshoes188.com |
| 125 | +852 5109 3073<br>aka 千帆 |
| 126 | +86 137 1967 5593<br>aka 陈海云 |
| 127 | +86 176 8923 1815<br>aka 黄剑峰 |