UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-20242-CIV-ALTMAN

CHANEL, INC.,

      Plaintiff,

vs.

SWEETBLUEBAG, *et al.*

      Defendants.

## AFFIDAVIT OF SERVICE

I certify and declare that I am over the age of 18 years, employed in the county of Broward, and I am an attorney for Plaintiff, Chanel, Inc., in the above captioned action.

On February 2, 2024, Stephen M. Gaffigan, P.A. effectuated service of process on Defendants identified on Schedule "A" via website posting by posting a true and accurate copy of the following document(s) on the website http://servingnotice.com/ch4Rl3t/index.html, in compliance with this Court's Order dated January 25, 2024 [D.E. 12]:

1. Complaint
2. Civil Cover Sheet
3. Issued Summonses
4. Amended Complaint
5. Order Authorizing Alternate Service of Process

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 6, 2024, at Ft. Lauderdale, Florida.

_____
Stephen M. Gaffigan
(Fla. Bar No. 025844)
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
E-mail: Stephen@smgpa.cloud

*Attorney for Plaintiff*

## SCHEDULE "A"

| Defendant Number | Defendant / E-commerce Store Name |
|---|---|
| 1 | sweetbluebag<br>aka Aria |
| 2 | wangwuyou990<br>aka y h |
| 3 | yoyo_eva989<br>aka Puspandar Kumar |
| 4 | yuhuhuque<br>aka yu hu<br>aka yuhu |
| 5 | Jimi<br>aka jimi911119<br>aka 黄锦煌<br>aka 68jp |
| 6 | pickyougoods<br>aka Josie<br>aka macc.ygshoes188.com |
| 7 | shaina.berdy<br>aka Shaina Berdy<br>aka Nathan |
| 8 | sonia_yiki.Luxury<br>aka coria_326<br>aka Coria |
| 9 | sukibb2022<br>aka suki<br>aka lux-suki |
| 10 | theworldbestbags<br>aka Designer bags| Cinderella ® bags<br>aka HS |
| 11 | tntlux_prower<br>aka Alice Jones<br>aka Erica |
| 12 | wuhuaguo1239<br>aka Linda |
| 13 | xiang13869<br>aka Deng<br>aka Xiang |
| 14 | xunquanliang<br>aka Hermes Buy/China suppliers<br>aka zhou |
| 15 | yonder_1234<br>aka Adela |

3

| Defendant Number | Defendant / E-commerce Store Name |
|---|---|
| 16 | yurribaglover_<br>aka Yurii |
| 17 | yyz__04 |
| 18 | Alice<br>aka Bao<br>aka mbags.ygshoes188.com |
| 19 | Chinese goods<br>aka Mong to Vu dep364053<br>aka macc.ygshoes188.com |
| 20 | Elyse [Seller from China<br>aka Gikey<br>aka macc.ygshoes188.com |
| 21 | Joliya2<br>aka Showec<br>aka m.ygshoes188.com |
| 22 | Linda<br>aka Nbvcxgjh |
| 23 | Luxury<br>aka Wall Berry |
| 24 | luxury store<br>aka 001<br>aka macc.ygshoes188.com |
| 25 | luxurygoods1 |
| 26 | Meini<br>aka Halil Tanik<br>aka macc.ygshoes188.com |
| 27 | Rich Company<br>aka macc.ygshoes188.com |
| 28 | Ruochu<br>aka Retail case and bag<br>aka macc.ygshoes188.com |
| 29 | Susie<br>aka Duosun |
| 30 | xiaoyu<br>aka Fengk<br>aka m.ygshoes188.com |
| 31 | Yulia<br>aka Macbushbuckridge |
| 32 | +86 185 0500 6010<br>aka 小云酱<br>aka Reanfang04 |
| 33 | +852 5643 6792<br>aka Lili |

| Defendant Number | Defendant / E-commerce Store Name |
|---|---|
| | aka 351164 |
| 34 | 7A/9A<br>aka luxury999designer |
| 35 | Anna<br>aka 351164 |
| 36 | clothing<br>aka vipshopbrand |
| 37 | Colortfully<br>aka luxury-bags-shoes |
| 38 | Factory direct sales 1: 1 top quality<br>aka 2022bagsbags |
| 39 | gfjdkgf<br>aka jiangmin197933 |
| 40 | Good wishes<br>aka chenxiao5230 |
| 41 | Guangzhou National Clothing<br>aka topbelt |
| 42 | LILY<br>aka newcopybrand |
| 43 | Luxury suppliers<br>aka X |
| 44 | Ma<br>aka 3595247837 |
| 45 | Madison<br>aka baiyangpu |
| 46 | Shenzhen Yunge Clothing Co., Ltd.<br>aka jewelrygz |
| 47 | Sofia<br>aka luxury-bags-shoes |
| 48 | Walter<br>aka wlupc668 |
| 49 | Wendy<br>aka jw0099 |
| 50 | wholesaler<br>aka shijuemaoyi888 |
| 51 | wordrui<br>aka hzl1234566 |
| 52 | Xiaoqing Luxury Goods Supplier<br>aka jw0099 |
| 53 | Yf<br>aka 1727113167 |
| 54 | YG<br>aka yyy1234567888 |

| Defendant Number | Defendant / E-commerce Store Name |
|---|---|
| 55 | +86 130 5576 8027 |
| 56 | +86 135 9938 6836<br>aka macc.ygshoes188.com |
| 57 | +86 158 0509 3576 |
| 58 | +86 181 2676 9287 |
| 59 | +8616755545189 |
| 60 | aimei4889<br>aka mshoes.ygshoes188.com |
| 61 | Alike<br>aka macc.ygshoes188.com |
| 62 | Ava<br>aka macc.ygshoes188.com |
| 63 | Baoli<br>aka macc.ygshoes188.com |
| 64 | Bari<br>aka mbags.ygshoes188.com |
| 65 | branty<br>aka macc.ygshoes188.com |
| 66 | Can Liang<br>aka m.ygshoes188.com |
| 67 | Cherry<br>aka macc.ygshoes188.com |
| 68 | Coco<br>aka macc.ygshoes188.com |
| 69 | Dany<br>aka macc.ygshoes188.com |
| 70 | Dh0005<br>aka macc.ygshoes188.com |
| 71 | fine works<br>aka macc.ygshoes188.com |
| 72 | Harry James<br>aka macc.ygshoes188.com |
| 73 | Hayley<br>aka mbags.ygshoes188.com |
| 74 | Instagram To_luxury1125<br>aka Cix<br>aka acc.ygshoes188.com |
| 75 | Instagram Williamkingikvplsdbyz |
| 76 | Jerry |
| 77 | Jieink |
| 78 | Joe |
| 79 | Joes Sports<br>aka macc.ygshoes188.com |

6

| Defendant Number | Defendant / E-commerce Store Name |
|---|---|
| 80 | K.2Workshop |
| 81 | kamikaze aka macc.ygshoes188.com |
| 82 | Kermit Factory aka macc.ygshoes188.com |
| 83 | kitty |
| 84 | Li-fang aka macc.ygshoes188.com |
| 85 | Lily aka macc.ygshoes188.com |
| 86 | Lina aka macc.ygshoes188.com |
| 87 | Linda |
| 88 | Linda |
| 89 | Lisa |
| 90 | Lisa aka acc.ygshoes188.com |
| 91 | lsla |
| 92 | lulu aka macc.ygshoes188.com |
| 93 | luna aka mbags.ygshoes188.com |
| 94 | Luuna aka mbags.ygshoes188.com |
| 95 | luxury goods |
| 96 | Luxury store 01 |
| 97 | Luxury suppliers |
| 98 | Maxine |
| 99 | Mg |
| 100 | Miya |
| 101 | Mollie |
| 102 | Mr.zhang |
| 103 | Ni Riya |
| 104 | NOOB |
| 105 | outlet071 |
| 106 | Rose aka macc.ygshoes188.com |
| 107 | sneakertest_Ruike aka macc.ygshoes188.com |
| 108 | Snow aka mbags.ygshoes188.com |
| 109 | sunkishine aka m.ygshoes188.com |

| Defendant Number | Defendant / E-commerce Store Name |
|---|---|
| 110 | Super Bonnie |
| 111 | Support @samebags.com |
| 112 | Tao |
| 113 | Tfyp_Linda |
| 114 | Tina Deluxe aka macc.ygshoes188.com |
| 115 | Topmall Vips aka tmallbuy.com.co |
| 116 | Vivian aka mbags.ygshoes188.com |
| 117 | Wholesale market Wholesaler in China |
| 118 | Xia |
| 119 | Xospjs |
| 120 | yong |
| 121 | Yuki |
| 122 | zhu |
| 123 | Ziling556 aka macc.ygshoes188.com |
| 124 | *Dismissed* ("+852 5263 4773 aka 凌宁") |
| 125 | +852 5109 3073 aka 千帆 |
| 126 | +86 137 1967 5593 aka 陈海云 |
| 127 | +86 176 8923 1815 aka 黄剑峰 |