Composite Exhibit "1"

yonder_1234

aka Adela

(Defendant Number 15)

# Lirhan Mizrahi

| | |
|---|---|
| **From:** | Lirhan Mizrahi |
| **Sent:** | Monday, February 5, 2024 2:27 PM |
| **To:** | rosemaryeortega@outlook.com |
| **Subject:** | Revised: Re: Chanel, Inc v. sweetbluebag, et al., Case No .: 23-cv-20242-Altman (USDC S.D. Fla.) |

Hello,

Thank you for your e-mail.

We will provide your information to our client.

Please note your account has been restrained as authorized by the Sealed Order Granting Ex Parte Application For Entry Of Temporary Restraining Order (the "Temporary Restraining Order") issued by the Court on January 25, 2024. All documents filed in this matter, including the documentary evidence demonstrating each Defendant's infringement of Plaintiff(s) rights can be found posted at: https://servingnotice.com/ch4Rl3t/index.html.

**You have the right to file an Answer with the Court in response to Plaintiff's claims.**

**A hearing on Plaintiff's Motion for Entry of a Preliminary Injunction will be held on February 7, 2024, at 3:00 PM. Please be advised that failure to appear at the hearing may result in the imposition of a preliminary injunction against you pursuant to 15 U.S.C. § 1116(d), Rule 65, Fed. R. Civ. P., The All Writs Act, 28 U.S.C. § 1651(a), and this Court's inherent authority.**

The case information for this matter is as follows: this case is pending before the United States District Court for the Southern District of Florida. The case name is CHANEL, INC., v. SWEETBLUEBAG, *et al.,* and the case number is 24-CV-20242-ALTMAN/BECERRA. As required, please file any response or objection you may have directly with the Court.

Kind regards,
Lirhan

_____
Lirhan Mizrahi
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Boulevard
Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
E-mail:  lirhan@smgpa.cloud

This transmission is intended to be delivered only to the named addressee(s) and may contain information which is confidential, proprietary, attorney work-product or attorney-client privileged. If this transmission is received by anyone other than the intended recipient(s), the recipient(s) should immediately delete the transmission and notify the sender by reply.  In no event shall this transmission be read, used, copied, reproduced, stored or retained by anyone other than the intended recipient(s) except with the express written consent of the sender. Disclaimer regarding Uniform Electronic Transactions Act ("UETA") § 668.50, Fla. Stat.: If this transmission concerns negotiation of a contract or agreement,  whether UETA applies or not, contract formation in this matter shall occur only with manually-affixed original signatures on original documents.

Thank you.

rosemaryeortega@outlook.com <rosemaryeortega@outlook.com>
Mon 2/5/2024 10:04 AM
To:Cyber Service <service@cyberprocessservice.com>

Hello, where's the evidence in this case? Please send me the email, if there is no evidence I will reject and appeal the case!
在 2024/2/3 5:00, Cyber Service 写道:

A Complaint was filed in the case of *Chanel, Inc v. sweetbluebag, et al., Case No .: 23-cv-20242-Altman*, in the United States District Court for the Southern District of Florida.

Additionally, the Court's January 25, 2024, **Order Authorizing Alternate Service of Process** was issued authorizing service of the Summons, Complaint, Amended Complaint, and all filin upon Defendants by providing the address to Plaintiff's designated serving notice website to Defendants via the e-mail accounts provided by each Defendant as part of the data related to its including customer service e-mail addresses, or onsite contact forms; and via website posting by posting a copy of the same on the Internet website appearing at http://servingnotice.com/ch4

Pursuant to the Court's January 4, 2024, Order and Rule 4 of the Federal Rules of Civil Procedure, please find the Summonses, Complaint, Amended Complaint, Order Authorizing Alternat Process, and all other documents filed in connection with the above referenced matter, including the documentary evidence demonstrating each Defendant's infringement of Plaintiff(s) right posted at http://servingnotice.com/ch4Rl3t/index.html

As explained in the attached Summons, "Within 21 days after service of this summons on you ... you must serve on plaintiff an answer to the attached complaint or a motion under Rule Rules of Civil Procedure. The answer or motion must be served on plaintiff or plaintiff's attorney ... You also must file your answer or motion with the court."

Be advised, failure to respond or file an answer will result in a judgment by default against you.

**PLEASE NOTE:** Pursuant to Rule 26(f)(1), Federal Rules of Civil Procedure, the parties are required to confer and jointly prepare/submit a Rule 26(f) Report in connection with this matte please contact the undersigned so the parties may confer in order to finalize and submit a Rule 26(f) Report as required by Rule 26(f).

The topics to be covered by the 26(f) Report are as follows:

1. Outline of Claims and Defenses
2. Facts Which Can be Stipulated to Without Discovery
3. Issues as Presently Known
4. Discovery in Phases
5. Detailed Discovery Schedule
6. Pretrial Deadlines
7. Trial and Pretrial Conference
8. Estimated Trial Length
9. Pending Motions
10. Unique Legal or Factual Aspects of Proceeding
11. Magistrate Judge
12. Likelihood of Settlement
13. Rule 26(a) Initial Disclosures

For further information, please contact STEPHEN M. GAFFIGAN, P.A.: Telephone (954) 767-4819 & resolve@smgpa.cloud.

2